HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA WANGARI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRATED LIVING SERVICES,<br><br>　　　　　　Defendant. | CASE NO. C12-1066 RAJ<br><br>ORDER |

　　　This matter comes before the court on counsel for plaintiff Martha Wangari's motion to terminate representation. Dkt. # 22. On October 26, 2012, the court appointed pro bono counsel for limited representation for CR 39.1 proceedings. Dkt. # 12. The parties conducted a settlement conference in December 2012, mediated the matter in February 2013, and conducted a settlement conference before the Honorable Brian A. Tsuchida, United States Magistrate Judge, in March, 2013. The parties have not reached a settlement. Having completed CR 39.1 proceedings, the court GRANTS counsel's motion to terminate representation.

　　　The Clerk is directed to send a copy of this Order to plaintiff, and to enter a case schedule.

1  Dated this 22nd day of April, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2