HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHA WANGARI,

               Plaintiff,

     v.

INTEGRATED LIVING SERVICES,

              Defendant.

CASE NO. C12-1066 RAJ

ORDER

     This matter comes before the court on plaintiff Martha Wangari's second application for court-appointed counsel.  Dkt. # 26.  On August 24, 2012, in response to plaintiff's first motion to appoint counsel, the court referred plaintiff's motion to the pro bono screening committee.  Dkt. # 10.  The screening committee recommended appointment of counsel, but the court was unable to locate counsel who would agree to represent plaintiff throughout the entirety of her case.  However, the court believed that the interest of justice would be served if pro bono counsel was appointed for the limited purpose of conducting early ADR procedure, and appointed counsel for that purpose. Dkt. ## 11-12.  Mediation was ultimately unsuccessful, and the court terminated pro bono counsel's representation.  Dkt. # 23.

1    Given that the court was previously unable to locate counsel to represent plaintiff

2    for the entirety of her case, and early ADR proceedings with representation of counsel

3    was unsuccessful, the court DENIES plaintiff's second motion for court-appointed

4    counsel.

5    Since plaintiff is proceeding *pro se*, the court refers plaintiff to the court's website

6    that includes, among other things, a *pro se* guide.  *See*

7    http://www.wawd.uscourts.gov/pro-se.  Also available on the court's website is a link to

8    the Federal Rules of Civil Procedure and this District's Local Rules.  *See*

9    http://www.wawd.uscourts.gov/local-rules-and-orders.

10   Dated this 5th day of June, 2013.

12   Richard A Jones

14   The Honorable Richard A. Jones
     United States District Judge