HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA WANGARI,<br><br>             Plaintiff,<br><br>     v.<br><br>INTEGRATED LIVING SERVICES,<br><br>             Defendant. | CASE NO. C12-1066 RAJ<br><br>ORDER |

This matter comes before the court *sua sponte*. On December 11, 2013, *pro se* plaintiff Martha Wangari filed a First Amended Complaint. However, Ms. Wangari must seek leave of court to file an amended complaint at this stage of the proceedings. *See* Fed. R. Civ. Proc. 15(a)(2). Since plaintiff is proceeding *pro se*, the court will construe the proposed first amended complaint as a request for leave. The court ORDERS defendant Integrated Living Services to respond regarding whether it stipulates or opposes granting leave to file the first amended complaint, and the legal and factual basis for its position. Defendant shall file its response no later than December 23, 2013, and plaintiff may reply no later than December 27, 2013. The court will resolve whether Ms. Wangari may file a first amended complaint after that date.

ORDER- 1

1 | Dated this 12th day of December, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2