HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHA WANGARI, | CASE NO. C12-1066 RAJ |
| Plaintiff, | |
| v. | ORDER |
| INTEGRATED LIVING SERVICES, | |
| Defendant. | |

This matter comes before the court on plaintiff Martha Wangari's motion for a continuance. Dkt. # 38. Plaintiff requests a continuance of her deposition until after the court has ruled on her request for court-appointed counsel. On December 30, 2013, the court denied plaintiff's request for court-appointed counsel. Plaintiff has not provided any other grounds for relief.

For all the foregoing reasons, plaintiff's motion for continuance is DENIED.

Dated this 13th day of January, 2014.

The Honorable Richard A. Jones
United States District Judge

ORDER- 1